UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

          Plaintiff,

  v.

ANDREW GILDEHAUS, KENNETH HENSON, STATE OF WASHINGTON, PIERCE COUNTY, CITY OF LAKEWOOD, LAKEWOOD POLICE DEPARTMENT, CITY OF TACOMA, PIERCE COUNTY JAIL, PIERCE COUNTY SUPERIOR COURTS, DEPARTMENT OF ASSIGNED COUNSEL, MARK LINDQUIST, BRYCE NELSON,

          Defendants.

No. C12-5818 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of December, 2012.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1